IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.          : CRIMINAL NO: CR-1-00-030
                      : JUDGE DLOTT

**FRANCINE JOHNSON,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

            Respectfully submitted,

            GREGORY G. LOCKHART
            United States Attorney

            s/ Deborah F. Sanders
            DEBORAH F. SANDERS (0043575)
            Assistant United States Attorney
            Southern District of Ohio
            303 Marconi Boulevard, Suite 200
            Columbus, Ohio 43215-2401
            (614) 469-5715

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ____16th____ day of ____March_____, 2006 upon Defendant, Francine Johnson, 2519 Merriway Lane, Cincinnati, OH 45231.

      s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney